# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FRANCES BOINES,**

       Plaintiff,

vs.

Case No. 4:14-cv-10494-LVP-MAR

Honorable Linda V. Parker

**DTE ELECTRIC COMPANY**;
and, **DTE GAS COMPANY;**
improperly named as **DTE ENERGY COMPANY,** a Michigan corporation;

       Defendants.

| | |
|---|---|
| **HUGH ROBERT PIERCE, P.C.**<br>**HUGH ROBERT PIERCE (P30488)**<br>Attorney for Plaintiff<br>25600 Woodward Avenue - Suite: 216<br>Royal Oak, Michigan  48067<br>(248) 398-5000 – Office<br>(248) 398-1621 – Fax<br>attorneypierce@sbcglobal.net | **DTE ELECTRIC COMPANY**<br>**LELAND PRINCE (P30686)**<br>Attorney for Defendants<br>DTE Electric Company & DTE Gas Company<br>One Energy Plaza<br>688 WCB – Legal Department<br>Detroit, Michigan  48226<br>(313) 235-7725 – Office<br>(313) 235-8200 – Fax<br>princel@dteenergy.com |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE TO ALLOW MATTER TO BE ADJUDICATED BY THE MICHIGAN PUBLIC SERVICE COMMISSION

At a session of this Court, held in the City of Detroit,

State of Michigan, County of Wayne, on July 18, 2014

**PRESENT: HONORABLE Linda V. Parker**

**DISTRICT COURT JUDGE**

      This Court having reviewed the stipulation of dismissal without prejudice to allow the claims to be adjudicated in the Michigan Public Service Commission and being fully advised in the premises:

Plaintiff and Defendants have stipulated that the within case be dismissed without prejudice and without costs to allow the claims alleged in the complaint to be adjudicated by the Michigan Public Service Commission.

SO ORDERED.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: July 18, 2014

*Approved:*

By:     */s/ Hugh Robert Pierce*          Date:     July 17, 2014
        **HUGH ROBERT PIERCE (P30488)**
        **HUGH ROBERT PIERCE, P.C.**
        Attorney for Plaintiff
        25600 Woodward Avenue - Suite: 216
        Royal Oak, Michigan  48067
        (248) 398-5000 – Office
        (248) 398-1621 – Fax
        attorneypierce@sbcglobal.net

By:     */s/ Leland Prince*               Date:     July 17, 2014
        **LELAND PRINCE (P30686)**
        **DTE ELECTRIC COMPANY &**
        **DTE GAS COMPANY**
        Attorney for Defendants
        One Energy Plaza
        688-WCB Legal Dept.
        Detroit, Michigan 48226
        (313) 235-7725 – Office
        (313) 235-8200 – Fax
        princel@dteenergy.com